AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raymond Edward Clark | ) | Case No. |
| | ) | 1:22-mj-00165-NRN |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 09/6/2022-09/27/2022 in the county of Arapahoe in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2113(a) | Bank Robbery x 4 |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Jared Purdy
*Complainant's signature*

Jared Purdy, FBI Task Force Officer
*Printed name and title*

Sworn to before me and ☑ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 09/30/2022

*N. Reid Neureiter*
*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*